IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
3:42 pm, 12/17/19
U.S. Magistrate Judge

| | |
|---|---|
| FLAT FOOTED LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP C. BEGLEY,<br><br>Defendant. | Case No. 19-CV-255-F |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER TEMPORARILY SEALING THE COMPLAINT [DOC. 2]**

This matter is before the Court on Plaintiff's Motion for Order to temporarily seal the Complaint and the exhibits attached [Doc. 2]. Plaintiff filed his Complaint under seal on December 16, 2019 [Doc. 1]. Plaintiff filed the instant Motion on December 17, 2019. Defendant Begley has yet to be served, and therefore is unable to respond to the Motion at this time.

The Court's Local Rules require prior authorization before documents may be filed under seal. U.S.C.D.L.R. 5.1(g). Plaintiff's Motion contends that, because the Confidentiality Agreement is binding on the parties and prohibits disclosure of the Term Sheet, its contents, or the transactions contemplated therein, the Court should temporarily grant the Motion to seal and thereafter provide Defendant Begley an opportunity to demonstrate the justification for filing documents under seal for the remainder of the litigation.

NOW, THEREFORE, IT IS ORDERED Plaintiff's Motion [Doc. 2] is GRANTED. The Complaint may be temporarily filed under seal. The Court will reconsider the issue once

Defendant Begley has an opportunity to demonstrate the justification, or lack thereof, for maintaining the seal throughout the litigation.

DATED this 17th day of December, 2019.

_____
Kelly H. Rankin
United States Magistrate Judge